UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MELISSA HUNT

VERSUS

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY

CIVIL ACTION

22-236-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Richard L. Bourgeois, Jr., dated June 21, 2023, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the final decision of the Commissioner of Social Security is AFFIRMED, and Plaintiff's appeal is DISMISSED WITH PREJUDICE.

Signed in Baton Rouge, Louisiana the 11 day of July, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 22.
[2] Rec. Doc. 23.